IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **TONI CONLEY, JR., #B-88052,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO. 11-cv-665-JPG |
| | ) |
| **JOHN DOE #1, JANE DOE #2,** | ) |
| **JOHN DOE #3, JOHN DOE #4, AND** | ) |
| **JOHN DOE #5,** | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

On August 2, 2011, Plaintiff filed a complaint with this Court alleging §1983 violations against numerous defendants (Doc. 1).  On June 19, 2012, the Court conducted a threshold screening of Plaintiff's complaint pursuant to 28 U.S.C. § 1915A (Doc. 13).  In that order (Doc. 13), Plaintiff was instructed to file an amended complaint naming the individual Defendants responsible for the alleged violations within thirty-five (35) days of June 19, 2012 (on or before July 24, 2012).  That date has since passed and the Plaintiff has not filed an amended complaint.  As a result, this case is **DISMISSED** without prejudice for failure to comply with an order of this Court.  FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).  The Clerk's office is directed to **CLOSE** this case.

IT IS SO ORDERED.

DATED:   August 1, 2012

*s/J. Phil Gilbert*
**United States District Judge**
